# United States District Court
# Eastern District of California

| | |
|---|---|
| LENA RENAE COLEMAN, | CV 08-01450 TJH |
| Petitioner, | |
| v. | Order |
| WARDEN KERT EICHENBERGER, | |
| Respondent. | |

  The Court has considered Petitioner's motion for reconsideration of this Court's August 31, 2012, order, together with the moving and opposing papers.

  A motion for reconsideration will not be granted unless the district court is presented with newly discovered evidence, committed clear error or if there is a change in the controlling law. *Kona Enter., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). The Petitioner has not presented the court with newly discovered evidence, the court has not committed a clear error and there has been no change in the intervening law.

  It is Ordered that the motion for reconsideration be, and hereby is, Denied.

Date:  September 18, 2013

              _____
               Terry J. Hatter, Jr.
               Senior United States District Judge