# United States District Court
# Eastern District of California

| | |
|---|---|
| LENA RENAE COLEMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN KERT EICHENBERGER,<br><br>　　　　Respondent. | CV 08-01450 TJH<br><br><br>Order |

　　　The Court has considered Petitioner's motion for reconsideration of this Court's August 31, 2012, order, together with the moving and opposing papers.

　　　A motion for reconsideration will not be granted unless the district court is presented with newly discovered evidence, committed clear error or if there is a change in the controlling law. *Kona Enter., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). The Petitioner has not presented the court with newly discovered evidence, the court has not committed a clear error and there has been no change in the intervening law.

　　　It is Ordered that the motion for reconsideration be, and hereby is, Denied.

Date:  September 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge